IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
18 JUL 19 PM 3:41
STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JOHN LEE,<br>(Counts 1, 2 and 3)<br><br>BRIAN LOUIS BLAND,<br>(Counts 1 and 5)<br><br>PHILLIP THOMAS MCGUIRE,<br>(Count 1)<br><br>and<br><br>HOWARD KIM SHULL,<br>(Counts 1 and 4)<br><br>Defendants. | No. 18CR108-S<br><br>Count 1:  21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)-(b)(1)(B)<br>(Conspiracy to Distribute Methamphetamine)<br><br>Counts 2, 3 and 4:<br>18 U.S.C. §§ 922(g)(1), 922(g)(3) and 924(a)(2)<br>(Unlawful User of a Controlled Substance and Felon in Possession of a Firearm)<br><br>Count 5:  21 U.S.C. §§ 841(a)(1) and (b)(1)(A)<br>(Possession with Intent to Distribute Methamphetamine) |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

From on or about November 1, 2016, through and including March 24, 2018, in the District of Wyoming and elsewhere, the Defendants, **WILLIAM JOHN LEE, BRIAN LOUIS BLAND, PHILLIP THOMAS MCGUIRE,** and **HOWARD KIM SHULL**, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, and with other persons both known and unknown to the grand jury, to distribute more than 500 grams (**WILLIAM JOHN LEE, BRIAN LOUIS BLAND** and **PHILLIP THOMAS MCGUIRE**), or more than 50 grams

(**HOWARD KIM SHULL**), of mixtures and substances containing detectable amounts of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)-(b)(1)(B).

### COUNT TWO

On or about January 25, 2018, in the District of Wyoming, the Defendant, **WILLIAM JOHN LEE**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, and having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Winchester rifle bearing serial number 126256A, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3) and 924(a)(2).

### COUNT THREE

On or about March 24, 2018, in the District of Wyoming, the Defendant, **WILLIAM JOHN LEE**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, and having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Glock semiautomatic handgun bearing serial number BEKT546, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3) and 924(a)(2).

### COUNT FOUR

On or about March 13, 2018, in the District of Wyoming, the Defendant, **HOWARD KIM SHULL**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, and having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Stevens Arms shotgun, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3) and 924(a)(2).

## COUNT FIVE

On or about March 24, 2018, in the District of Wyoming, the Defendant, **BRIAN LOUIS BLAND**, did knowingly, intentionally, and unlawfully possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | WILLIAM JOHN LEE |
| **DATE:** | July 17, 2018 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |

**OFFENSE/PENALTIES:**

Count 1: 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
(Conspiracy to Distribute Methamphetamine)

10 Years to Life Imprisonment
Up to $10,000,000 Fine
5 Years to Life Supervised Release
$100 Special Assessment

Count 2: 18 U.S.C. §§ 922(g)(1), 922(g)(3) and 924(a)(2)
(Unlawful User of a Controlled Substance and Felon in Possession of a Firearm)

0-10 Years Imprisonment
Up to $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

Count 3: 18 U.S.C. §§ 922(g)(1), 922(g)(3) and 924(a)(2)
(Unlawful User of a Controlled Substance and Felon in Possession of a Firearm)

0-10 Years Imprisonment
Up to $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**
10 Years to Life Imprisonment
Up to $10,500,000 Fine
5 Years to Life Supervised Release
$300 Special Assessment

**Penalty Summary**
July 17, 2018
Page 2                                                                    RE: WILLIAM JOHN LEE

| | |
|---|---|
| **AGENT:** | Chris Wallace/DCI |
| **AUSA:** | Trevor J. Schenk<br>Special Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes |

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | BRIAN LOUIS BLAND |
| **DATE:** | July 17, 2018 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |

**OFFENSE/PENALTIES:**

Count 1: 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
(Conspiracy to Distribute Methamphetamine)

10 Years to Life Imprisonment
Up to $10,000,000 Fine
5 Years to Life Supervised Release
$100 Special Assessment

Count 5: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
(Possession with Intent to Distribute Methamphetamine)

10 Years to Life Imprisonment
Up to $10,000,000 Fine
Nlt 5 Years to Life Supervised Release
$100 Special Assessment

**TOTALS:** 20 Years to Life Imprisonment
Up to $20,000,000 Fine
Nlt 5 Years to Life Supervised Release
$200 Special Assessment

| | |
|---|---|
| **AGENT:** | Chris Wallace/DCI |
| **AUSA:** | Trevor J. Schenk<br>Special Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes |

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | PHILLIP THOMAS MCGUIRE |
| **DATE:** | July 17, 2018 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | |
| Count 1: | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) (Conspiracy to Distribute Methamphetamine) |
| | 10 Years to Life Imprisonment<br>Up to $10,000,000 Fine<br>5 Years to Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Chris Wallace/DCI |
| **AUSA:** | Trevor J. Schenk<br>Special Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | HOWARD KIM SHULL |
| **DATE:** | July 17, 2018 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | |
| Count 1: | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) (Conspiracy to Distribute Methamphetamine) |
| | 5-40 Years Imprisonment |
| | Up to $5,000,000 Fine |
| | 4 Years to Life Supervised Release |
| | $100 Special Assessment |
| Count 4: | 18 U.S.C. §§ 922(g)(1), 922(g)(3) and 924(a)(2) (Unlawful User of a Controlled Substance and Felon in Possession of a Firearm) |
| | 0-10 Years Imprisonment |
| | Up to $250,000 Fine |
| | 3 Years Supervised Release |
| | $100 Special Assessment |
| **TOTALS:** | 5-50 Years Imprisonment |
| | Up to $5,250,000 Fine |
| | 4 Years to Life Supervised Release |
| | $200 Special Assessment |
| **AGENT:** | Chris Wallace/DCI |
| **AUSA:** | Trevor J. Schenk<br>Special Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |