Trevor J. Schenk WSB #7-4899
Special Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602-5010
307-261-5434 (phone)
307-261-5471 (fax)
trevor.schenk@wyo.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 JUL 19 PM 3:40

STEPHAN HARRIS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JOHN LEE,<br>BRIAN LOUIS BLAND,<br>PHILLIP THOMAS MCGUIRE, and<br>HOWARD KIM SHULL,<br><br>Defendants. | Case No. 18CR108.S |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendants, pursuant to 18 U.S.C. § 3142(e) and (f).

1.  Eligibility of Case. This case is eligible for a detention order because the case involves the following:

    **10+ year drug offense**

    **Felony, with two prior convictions in following categories: Crime of Violence (18 U.S.C. § 3156); maximum sentence is life imprisonment or death; 10+ year drug offense; serious risk Defendant will flee**

2. Reason for Detention. The court should detain the Defendants because there are no conditions of release which will reasonably assure:

> **Safety of any other person and the community or reasonably assure the appearance of the defendants**

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the Defendants under § 3142(e). The presumption applies because:

> **Probable cause to believe Defendants committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)**

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

> **After a continuance of three days**

**DATED** this 17th day of July, 2018.

MARK A. KLAASSEN
United States Attorney

By: _____
TREVOR J. SCHENK
Special Assistant United States Attorney