Trevor J. Schenk WSB #7-4899
Special Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602-5010
307-261-5434 (phone)
307-261-5471 (fax)
trevor.schenk@wyo.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Case No.  18-CR-108-S** |
| **WILLIAM JOHN LEE, et al.** | |
| Defendants. | |

**UNITED STATES' REQUEST FOR STATUS CONFERENCE**

**COMES NOW** the United States of America, by and through Trevor J, Schenk, Special

Assistant United States Attorney, and hereby request a status conference in this matter in an effort

to streamline the discovery process and the pretrial motion and hearing deadlines and minimize

unnecessary efforts of court personnel and counsel.

On July 19, 2018, an indictment was returned in this matter charging four defendants with

two counts of various controlled substance violations and three counts of various firearm

violations.  All the defendants have had their initial appearances and arraignments and all have

different scheduling deadlines.

This case involves the investigation of a large drug trafficking organization in the Park

County and Natrona County, Wyoming, areas.  During the investigation, law enforcement obtained

authorization to wire intercept four telephone lines.  In addition, the investigation involved

numerous controlled buys; numerous search warrants executed on residences and cellular

telephones; video and photograph surveillance; and other forms of investigation, which produced a large volume of discovery.

**WHEREFORE**, the United States respectfully requests the court set a status conference to streamline matters in this case.

**DATED** this 7th day of August, 2018.

Respectfully submitted,

MARK A. KLAASSEN
United States Attorney

By:    */s/ Trevor J. Schenk*
TREVOR J. SCHENK
Special Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 3rd day of August, 2018, I served true and correct copies of the foregoing **UNITED STATES' REQUEST FOR A STATUS CONFERENCE** upon all counsel via CM/ECF.


*/s/ Lisa Wait*_____
UNITED STATES ATTORNEY'S OFFICE