# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:40 pm, 10/17/18

**Stephan Harris**
**Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| WILLIAM JOHN LEE | Case Number:  18-CR-108-SWS |
| Defendant. | |

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date October 17, 2018     Time   2:06-2:34 PM

☐ Arraignment    ☑ Change of Plea     Before the Honorable   Scott W. Skavdahl

Interpreter:                                         Int. Phone:

| Crystal Toner | Anne Bowline | Tom Fitzgerald | Brian Hoose |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government:  Trevor Schenk

Defendant:   Tracy Hucke

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)  1 & 3  of an Indictment
☐ *Nolo Contendere*

## NOT GUILTY PLEA                   GUILTY PLEA

☐ Court accepts *Nolo Contendere* Plea      ☑ Court is satisfied there is factual basis for plea of guilty
☐ Court orders discovery per Rule 16 FRCrP   ☑ Defendant referred to probation for presentence investigation
☐ Court orders access to Grand Jury Transcripts  ☑ Defendant advised on consequences of a plea of guilty
☐ Motions to be filed in _____ days or       ☑ Plea agreement filed
on/before _____                              ☑ Sentencing set for  1/4/2019  at  1:00 PM
☐ Trial date set for _____ at _____          in   Casper, Wyoming
in _____                                     ☑ Plea conditionally accepted
☐ Speedy trial expires on _____              ☑ Count(s)  2  to be dismissed at time of sentencing
☐ Other _____

BOND IS ☑ Defendant is detained
☐ Set at _____  ☐ Cash or Surety  ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____          ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed            ☐ Travel restricted to _____
☐ Maintain current residence                         ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol                         ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing                     ☐ Avoid all contact with _____
☐ Surrender passport to _____         ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local            ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____